IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01868-NRN | Date: November 21, 2019 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| MARJORIE ROESINGER and<br>STEPHEN J. ROESINGER, | Chris Parrish<br>Matthew Holycross<br>Phil Harding |
| Plaintiffs, | |
| v. | |
| PETCO ANIMAL SUPPLIES, INC., a Delaware corporation,<br>PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation,<br>D.H. PACE COMPANY, INC., d/b/a Door Control Services, a Delaware corporation, and<br>STANLEY ACCESS TECHNOLOGIES LLC, a foreign limited liability company, | Larry McClung<br>Saugat Thapa<br>Barbara Stauch<br>Kyle Joyce |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**11:07 a.m.    Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Plaintiffs' Motion for Leave to File Amended Complaint to Join Additional Parties and to Remand [Docket No. 34].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**   Plaintiffs' Motion for Leave to File Amended Complaint to Join Additional Parties and to Remand [Docket No. 34] is **GRANTED**.  Case shall be **REMANDED** to state court for lack of diversity. Separate order will issue.

**11:18 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:11

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.