| | |
|---|---|
| **From:** | Timothy Sheridan |
| **To:** | sabra.millett@judicial.state.co.us |
| **Subject:** | 19-cv-01868-NRN |
| **Date:** | Friday, November 22, 2019 9:44:00 AM |
| **Attachments:** | 19-cv-01868_mo_remand.pdf |
| | 19-cv-01868_NEF.pdf |

Hello,

This case has been remanded to the District Court for the City and County of Denver. Attached are the NEF and the certified copy of the order.

Regards,

Tim Sheridan